# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE NO.: 2018-033220-CA-01

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

Defendant, Carnival Corporation, through its undersigned counsel, hereby gives notice that on October 16, 2018, pursuant to 28 U.S.C. §1331, 1367(a), 1441, and 1446, Defendant filed a Notice of Removal in the United States District Court for the Southern District of Florida. A copy of the Notice of Removal is attached hereto as **Exhibit "A."** In accordance with Title 28 of the United States Code, no further proceedings should be held in the Circuit Court of the Seventeenth Judicial Circuit, in and for Miami-Dade County, Florida relative to this action.

Date:   October 16, 2018                Respectfully submitted,

                                                    By: */s/ Melissa S. Zinkil*
                                                       James S. Bramnick (Florida Bar No. 190994)
                                                       Melissa S. Zinkil (Florida Bar No. 0653713)
                                                       **AKERMAN LLP**
                                                       Three Brickell City Centre, Suite 1100
                                                       98 SE Seventh Street
                                                       Phone: (305) 374-5600/Fax: (305) 374-5095
                                                       Primary Email: james.bramnick@akerman.com
                                                       Primary Email: melissa.zinkil@akerman.com
                                                       Secondary Email: vivian.lopez@akerman.com
                                                       Secondary Email: joan.stoddard@akerman.com
                                                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court and served a copy of same on Plaintiff's counsel via email at the address listed on the following Service List.

By: */s/ Melissa S. Zinkil*
Melissa S. Zinkil
Florida Bar No. 0653713

## SERVICE LIST

Anthony V. Falzon
ANTHONY V. FALZON P.A.
12000 Biscayne Boulevard, Suite 702
Miami, FL 33181
Phone: (786) 703-4181/Fax: (786) 703-2961
E-Mail: tony@anthonyfalzon-law.com

*Counsel for Plaintiff*