UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant,
_____/

**PLAINTIFF'S STATEMENT OF CLAIM[1]**

    The Plaintiff is an individual with a disability in that he suffers from mood disorder, a mental illness that brings severe high and low moods and changes in sleep, energy, thinking and behavior. Plaintiff was hired by the Defendant as a disc jockey in May of 2012 and disclosed his condition during his medical fitness examination even providing the Defendant with a medical certification from his family physician. The Defendant was aware of Plaintiff's history of anxiety and depression because it sent him a letter informing him that since he had a pre-existing condition he would "not have medical coverage for treatment/medication for this condition and any associated complications from Carnival Cruise Lines."

---

[1] A copy of this Statement of Claim and the court's order [ECF No. 6] will be served on Defense counsel today. Documents supporting the Statement of Claim will be sent to Defense counsel via drop box on or before November 21, 2018 and a Notice of Full Compliance with the order will be filed with the court upon undersigned counsel's return from overseas on November 28, 2018. [ECF No. 5]

The Plaintiff worked for the Defendant until the summer of 2015 without any incident. In the summer of 2015 he was scheduled to work two back to back week long cruises of the Western Caribbean. The Plaintiff was made to work a 73 hour week where he was required to work until 3 a.m. every night and be awake at to start his new shift at 10:00 a.m. The Plaintiff complained to his supervisor that his schedule was making him tired and that the lack of sleep was affecting his mood disorder and requested the Defendant to modify his work schedule to allow him to sleep properly. Instead of accommodating his reasonable request his supervisor ignored him.

Sure enough, the disruption to the Plaintiff's sleep pattern caused him to have a nervous breakdown during the second week of his assignment. He became confused but was not violent in any way and did not pose a threat to himself or others. Instead of allowing him to rest and immediately changing his schedule to allow him to continue working, he was forcibly confined to his windowless cabin for the duration of the cruise. When he demanded that he be let out to get some fresh air and exercise he was forcibly restrained and sedated against his will. When he returned to the United States he was put on forced medical leave and was obligated to share his confidential medical treatment records with the Defendant. The Plaintiff underwent care and treatment and was certified ready to return to work on July 20, 2015 and informed his employer. The next day he received a letter dated July 14, 2015 discharging him from his employment on the pretextual grounds that he had "denied any prior history of any mental or anxiety disorders or treatment for any such conditions" and that as a result he was being terminated for his "failure to accurately and completely disclose your prior medical history".

The Plaintiff has brought suit under the ADA and the FCRA claiming that he had been forcibly imprisoned against his will and terminated from his employment based on his disability, his

perceived disability and his need for a reasonable accommodation in the past and future.  He is also bringing claims for common law false imprisonment, assault and battery.  He seeks reinstatement to his position, back pay, front pay, compensatory damages and punitive damages.

*Dated this 16th November, 2018.*

>
> Respectfully Submitted,
> By:*Anthony V. Falzon*
> ANTHONY V. FALZON P.A.
> 12000 Biscayne Boulevard
> Suite 702
> Miami, FL 33181
> Tel: (786) 703 4181
> Fax: (786) 703 2961
> E-mail: tony@anthonyfalzon-law.com
> Fla. Bar No. 69167

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was delivered to all interested parties via the Clerk of Court's e-filing portal on 16th day of November, 2018.

> */s/ Anthony V. Falzon*
> Anthony V. Falzon.