UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant,
_____/

## NOTICE OF SELECTION OF MEDIATOR

Please be advised that the parties have selected John Salmon Esq., of Salmon and Dulberg to act as mediator in this matter.

*Dated this 19th day of December, 2018.*

Respectfully Submitted,

By: *Anthony V. Falzon*
ANTHONY V. FALZON P.A.
12000 Biscayne Boulevard
Suite 702
Miami, FL 33181
Tel: (786) 703 4181
Fax: (786) 703 2961
E-mail: tony@anthonyfalzon-law.com
Fla. Bar No. 69167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was delivered to all interested parties via the Clerk of Court's e-filing portal on 19th day of December, 2018.

*/s/ Anthony V. Falzon*
Anthony V. Falzon.