UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,
vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant.
_____/

**ORDER APPROVING STIPULATED CONFIDENTIALITY AGREEMENT**

THIS CAUSE came before the Court on the Parties' Joint Motion for Entry of Order Approving Stipulated Confidentiality Agreement (the "Motion") filed on March 25, 2019 [ECF No. 22]. The Court, having considered the Motion, and the pertinent portions of the record, and otherwise being fully advised in the premises, hereby **ORDERS** and **ADJUDGES** that:

1. The Parties' Motion is **GRANTED** and the Parties' Stipulated Confidentiality Agreement is **APPROVED**.

2. The Parties shall abide by the terms as set forth in their Stipulated Confidentiality Agreement.

**DONE AND ORDERED** in Miami, Miami-Dade County, Florida, this _____ day of March 2019.

_____
THE HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

48399947;1