UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

       Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

       Defendant.
_____/

## DEFENDANT'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

       Defendant, CARNIVAL CORPORATION ("Defendant" or "Carnival"), by and through its undersigned counsel, hereby serves the following amended initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).  These disclosures reflect the information available to Defendant at this time.   Defendant's investigation regarding the allegations in Plaintiff's Complaint is continuing, and Defendant reserves the right to supplement these disclosures should additional information become available.

       **A.**    **Rule 26(a)(1)(A):**  The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

       **Disclosure:**

| Witness | Knowledge |
|---|---|
| 1.  Plaintiff, Aaron Timberlake<br>c/o Anthony V. Falzon<br>ANTHONY V. FALZON P.A. | Plaintiff presumably has knowledge regarding the claims he has asserted in the Complaint. |

| | |
|---|---|
| 2.  Kathleen Timberlake<br>c/o Anthony V. Falzon<br>ANTHONY V. FALZON P.A. | Plaintiff's mother, Kathleen Timberlake, is believed to have knowledge regarding Plaintiff's medical history, as well as communications she had with staff members on the Carnival Freedom concerning her son. |
| 3.  Jenny Baxter<br>Cruise Director (Freedom)<br>Carnival Corporation<br>c/o AKERMAN LLP | Ms. Baxter has knowledge concerning Plaintiff's employment and the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation. |
| 4.  Dr. Louise Berry<br>*Former* Ship Doctor<br>Carnival Corporation<br>12 Vista Villas<br>Worthing, Barbados BB1316A<br>Tel: 1-246-435-7340 | Dr. Berry has knowledge regarding the "Guidelines on The Medical Examinations of Seafarers" published by the International Labor Office (the "Guidelines") and Carnival's policies concerning compliance with the Guidelines.  Further, Dr. Berry has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |
| 5.  Dr. Catalina Caravajal<br>*Former* Ship Doctor<br>Carnival Corporation<br>Carrera 38 26 343, Apt. 809<br>Medellin, Colombia<br>Tel: 057-3012239460 | Dr. Caravajal has knowledge regarding the Guidelines and Carnival's policies concerning compliance with the Guidelines.  Further, Dr. Caravajal has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |
| 6.  Buppachat Dankrothake<br>*Former* Ship Nurse<br>Carnival Corporation<br>57 Moo 3<br>Nhongtakai Sub<br>Districtnhongbooonmak<br>Nakhon, Thailand 30410<br>Tel:  66-11-843027927 | Nurse Dankrothake has knowledge regarding the Guidelines, Defendant's policies concerning compliance with the Guidelines, the circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |
| 7.  Dr. Patrick Fullerton<br>*Former* Ship Doctor<br>Carnival Corporation<br>5542 Brookline Drive<br>Orlando, FL 32819<br>Tel: 407.754.5077 | Dr. Fullerton has knowledge regarding the Guidelines and Defendant's policies concerning compliance with the Guidelines. Further, Dr. Fullerton has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |

**AKERMAN LLP, THREE BRICKELL CITY CENTER, 98 SOUTHEAST SEVENTH STREET, SUITE 1100, MIAMI, FL  33131**<br>47799910;1

| | |
|---|---|
| 8. Gabriela Geletu<br>*Former* Ship Nurse<br>Carnival Corporation<br>9133 SW 227 Lane<br>Cutler Bay, FL 33190 | Nurse Geletu has knowledge regarding the Guidelines and Defendant's policies concerning compliance with the Guidelines. Further, Nurse Geletu has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff, Plaintiff's disembarkation from the Carnival Freedom, and Plaintiff's subsequent efforts to gain medical clearance to work on board a Carnival vessel. |
| 9. Louise Hatch<br>*Former* HR Director<br>Carnival Corporation<br>83 East Hampstead Road<br>Berkshire, Wokingham, UK<br>RG40 2HH<br>Tel: 011-44-775-133-2265 | Ms. Hatch has knowledge concerning Plaintiff's employment and the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation. |
| 10. Therephat Kaewchanlar<br>*Former* Ship Nurse<br>Carnival Corporation<br>142 M 7 T Sobbong Phusang<br>Prayao Province<br>Phayao, Thailand 56110<br>Tel: 66-86-2056008 | Nurse Kaewchanlar has knowledge regarding the Guidelines, Defendant's policies concerning compliance with the Guidelines, the circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |
| 11. Rajesh Kolapte<br>Security Officer (Freedom)<br>Carnival Corporation<br>c/o Akerman LLP | Mr. Kolapte has knowledge concerning the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation. |
| 12. Mark "Skip" Lyons<br>Entertainment Director<br>Carnival Corporation<br>c/o Akerman LLP | Mr. Lyons has knowledge concerning Plaintiff's employment and the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation. |
| 13. Audrey Minardi<br>Carnival Corporation<br>c/o Akerman LLP | Nurse Minardi has knowledge regarding the Guidelines, Defendant's policies concerning compliance with the Guidelines, the circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |
| 14. Melroy Misquitta<br>Chief Security Officer (Freedom)<br>Carnival Corporation<br>c/o Akerman LLP | Mr. Misquitta has knowledge concerning the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation |

| | |
|---|---|
| 15. Scott Nelson<br>Human Resources<br>Carnival Corporation<br>c/o Akerman LLP | Mr. Nelson has knowledge of Defendant's employment policies and procedures, including but not limited to those concerning the requisite medical clearance needed to work onboard a Carnival vessel. Mr. Nelson also has knowledge of the reasons for Plaintiff's disembarkation from the Carnival Freedom. |
| 16. Dr. Barry Poplaw<br>All Sea Medical LLC<br>11601 Biscayne Blvd., Suite 201<br>North Miami, FL 33181 | Dr. Poplaw is an Expert Witness who has knowledge regarding the Guidelines and the examination of prospective seafarers and issuance of fitness for duty certificates consistent with the Guidelines. |
| 17. Massimiliano Roja<br>Staff Captain (Freedom)<br>Carnival Corporation<br>c/o Akerman LLP | Mr. Roja has knowledge concerning the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation |
| 18. Sandra Santiago<br>*Former* Medical Coordinator<br>Carnival Corporation<br>630 Falcon Ave<br>Miami Springs, FL 33166 | Ms. Santiago has knowledge regarding the Guidelines and Defendant's policies concerning compliance with the Guidelines. Further, Ms. Santiago has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff, Plaintiff's disembarkation from the Carnival Freedom, and Plaintiff's subsequent efforts to gain medical clearance to work onboard a Carnival vessel. |
| 19. Damian Ward<br>*Former* Music Director (Freedom)<br>Carnival Corporation<br>90 Bitham Lane<br>Stretton, Straffordshire, UK<br>DE13 0HA<br>Tel: 1-561-6095221 | Mr. Ward has knowledge concerning Plaintiff's employment and the events that occurred aboard the Carnival Freedom prior to Plaintiff's disembarkation. |
| 20. Dr. Adriana Yates<br>*Former* Ship Doctor<br>Carnival Corporation<br>c/o AKERMAN LLP | Dr. Yates has knowledge regarding the Guidelines and Defendant's policies concerning compliance with the Guidelines. Further, Dr. Yates has knowledge of the facts and circumstances surrounding Carnival's evaluation of Plaintiff and Plaintiff's disembarkation from the Carnival Freedom. |

**AKERMAN LLP, THREE BRICKELL CITY CENTER, 98 SOUTHEAST SEVENTH STREET, SUITE 1100, MIAMI, FL 33131**
47799910;1

| 21. Csilla Zatonyi<br>*Former* Fleet HR Director<br>Carnival Corporation<br>Vitkovics M.U. 8.1052<br>Budapest, Hungary 1052 | Ms. Zatonyi has knowledge of Defendant's employment policies and procedures, including but not limited to those concerning the requisite medical clearance needed to work onboard a Carnival vessel. Ms. Zatonyi also has knowledge of the reasons for Plaintiff's disembarkation from the Carnival Freedom. |
|---|---|

**B.**     **Rule 26(a)(1)(B):**  A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Disclosure:**     Defendant may use the following documents, data compilations, and tangible things in its possession, custody, or control, to support its defenses:

1.     Pre-Employment File for Aaron Timberlake

2.     Employment File for Aaron Timberlake

3.     Security file for Aaron Timberlake.

4.     Disciplinary documentation for Aaron Timberlake.

5.     Medical file for Aaron Timberlake, including medical records gathered and correspondence with Aaron Timberlake concerning care following disembarkation.

6.     The "Guidelines on The Medical Examinations of Seafarers" published by the International Labor Office

7.     The Declaration of Dr. Barry Poplaw.

Defendant reserves the right to supplement this list as discovery proceeds.

**C.**     **Rule 26(a)(1)(C):**  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or

AKERMAN LLP, THREE BRICKELL CITY CENTER, 98 SOUTHEAST SEVENTH STREET, SUITE 1100, MIAMI, FL  33131
47799910;1

evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

> **Disclosure:**   None.

**D.**   **Rule 26(a)(1)(D):**   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be answered in the action or to indemnify or reimburse for payment made to satisfy the judgment.

> **Disclosure:**   None.

Date:   February 12, 2019                    Respectfully submitted,

By: */s/ Melissa S. Zinkil*_____
        James S. Bramnick (Florida Bar No. 190994)
        Melissa S. Zinkil (Florida Bar No. 0653713)
        **AKERMAN LLP**
        Three Brickell City Centre, Suite 1100
        98 SE Seventh Street
        Phone:  (305) 374-5600/Fax: (305) 374-5095
        Primary Email:  james.bramnick@akerman.com
        Primary Email:  melissa.zinkil@akerman.com
        Secondary Email:  vivian.lopez@akerman.com
        Secondary Email:michelle.reynolds@akerman.com
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2019, the foregoing document is being served via electronic mail on all counsel of record identified on the following Service List.

*/s/ Melissa S. Zinkil*_____
Melissa S. Zinkil (Florida Bar No. 0653713)

- 6 -

## SERVICE LIST

*Aaron Timberlake v. Carnival Corporation*
**Case No. 1:18-cv-24250-COOKE**

**United States District Court, Southern District of Florida**

## SERVICE LIST

Anthony V. Falzon
ANTHONY V. FALZON P.A.
12000 Biscayne Boulevard, Suite 702
Miami, FL 33181
Phone: (786) 703-4181/Fax: (786) 703-2961
E-Mail: tony@anthonyfalzon-law.com
*Counsel for Plaintiff*

- 7 -