## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:18-CV-24250-COOKE

Plaintiff:
**AARON TIMBERLAKE,**

vs.

Defendant:
**CARNIVAL CORPORATION,**

For:
Anthony V. Falzon
The Law Offices of Anthony V. Falzon, P.A.
12000 Biscayne Blvd
Suite 702
Miami, FL 33181

Received by James K Trotter on the 23rd day of April, 2019 at 12:11 pm to be served on **DR. PATRICK FULLERTON, Office of Dr. Patrick Fullerton, 27637 U.S. HWY 27, LEESBURG, FL 34748.**

I, James K Trotter, do hereby affirm that on the **24th day of April, 2019** at **3:15 pm, I:**

served an **AUTHORIZED REPRESENTATIVE** by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Denise Browning as Receptionist for Dr. Fullerton** at **Office of Dr. Patrick Fullerton, 27637 U.S. HWY 27, LEESBURG, FL 34748, which is the address provided on the subpoena,** and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Pursuant to Florida Statute 92.525, no notary is required, and under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

James K Trotter
C.P.S. #91615-16

Magic Process, LLC
924 N. Magnolia Ave.
Suite 220
Orlando, FL 32803
(407) 541-0697

Our Job Serial Number: MGP-2019001782

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2p

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:18-CV-24250-COOKE

Plaintiff:
**AARON TIMBERLAKE,**

vs.

Defendant:
**CARNIVAL CORPORATION,**

For:
Anthony V. Falzon
The Law Offices of Anthony V. Falzon, P.A.
12000 Biscayne Blvd
Suite 702
Miami, FL 33181

Received by Magic Process on the 18th day of April, 2019 at 3:17 pm to be served on **DR. PATRICK FULLERTON, 5542 BROOKLINE DR, ORLANDO, FL 32819**.

I, Marbel Hernandez, being duly sworn, depose and say that on the **22nd day of April, 2019** at **8:25 am**, I:

**NON-SERVED** the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** for the reason that I failed to find **DR. PATRICK FULLERTON** or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:
4/22/2019 8:25 am Attempted service at 5542 BROOKLINE DR, ORLANDO, FL 32819, Resident stated Dr. Fullerton does not live here. Car tag 195PFJ

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of April, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

JENNIFER GUTHRIE
MY COMMISSION # FF 962124
EXPIRES: May 12, 2020
Bonded Thru Budget Notary Services

Marbel Hernandez
368

Magic Process
924 N. Magnolia Ave.
Suite 220
Orlando, FL 32803
(407) 541-0697

Our Job Serial Number: MGP-2019001754

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

