UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant,
_____/

**PLAINTIFF'S MOTION PURSUANT TO S.D.FLA.L.R. 5.4 FOR LEAVE TO FILE UNDER EVIDENCE UNDER SEAL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Aaron Timberlake, pursuant to S.D.Fla.L.R. 5.4(a), respectfully moves the Court for an order permitting the Plaintiff to file under seal evidence being submitted in support of Plaintiff's Response to Defendant's Motion for Summary Judgment [ECF No. 47] and in support thereof states as follows:

1. This is an employment discrimination claim brought by the Plaintiff against Carnival Corporation under the Americans with Disabilities Act and the Florida Civil Rights Act as well as various state law intentional torts.

2. The Defendant, filed a Motion for Summary Judgment [ECF No. 30] and filed a Statement of Undisputed Material Facts [ECF No. 31] as well as accompanying evidence [ECF No. 32] under seal in accordance with an order of the court [ECF No. 26].

3. Plaintiff has just filed his Response to said Motion for Summary Judgment [ECF No.

1

47] and requests leave of the court to file its Response to Plaintiff's sealed Statement of Undisputed Material Facts and evidence in support thereof under seal.

4. The Plaintiff will be filing the deposition testimony of various witnesses including physicians which refer to and discuss the Plaintiff's medical records. The Plaintiff also wishes to rely on medical records produced by Dr. John Reynolds, Dr. Juandalyn Peters and Henderson Mental Health.

5. A copy of Plaintiff's response has already been sent to opposing counsel via e-mail to ensure that Defendant received it at the same time that it received Plaintiff's response to their Motion for Summary Judgment and the deposition transcripts and medical records which have already been disclosed to the Defendant during discovery will be sent to the Defendant via dropbox tomorrow.

6. The Motion is being filed in order to comply with the Stipulated Protective Order [ECF No. 23] entered in this matter and to protect the Plaintiff's personal health information.

WHEREFORE, Plaintiff requests that the Court permit the Plaintiff to file the referenced Response to Defendant's Statement of Material Facts and evidence under seal for so long as the Court should determine is necessary to protect Plaintiff's interests.

### S.D.FLA.L.R. 7.1 CERTIFICATION

The undersigned conferred with opposing counsel who does not object to the court granting the relief being sought.

*Dated this 24th day of June, 2019*

          Respectfully Submitted,
          By:*Anthony V. Falzon*
          ANTHONY V. FALZON P.A.
          12000 Biscayne Boulevard
          Suite 702
         Miami, FL 33181
         Tel: (786) 703 4181
         Fax: (786) 703 2961
         E-mail: tony@anthonyfalzon-law.com
         Fla. Bar No. 69167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was delivered to all interested parties via the Clerk of Court's e-filing portal on 24th day of June, 2019.

         */s/ Anthony V. Falzon*
         Anthony V. Falzon.