UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM**
*(If an interpreter is required please notify undersigned counsel within five days of service of this notice)*

TO:   Melissa S. Zinkil Esq. FBN 0653713
       James S. Bramnick Esq. FBN 190994
       AKERMAN LLP
       Three Brickell City Center, Suite 1100
       98 S.E. Seventh Street
       Miami, FL 33131
       Phone (305) 374 5600
       Fax (305) 374 5095
       E-mail: melissa.zinkil@akerman.com
       E-mail: james.bramnick@akerman.com
       E-mail: vivian.lopez@akerman.com
       E-mail: michelle.reynolds@akerman.com
       *Attorneys for the Defendant*

    PLEASE TAKE NOTICE that the undersigned will take the videotaped deposition of the following person pursuant to Fed.R.Civ.P. 26, on the dates and at

the times and locations indicated below before a notary public or person authorized by law to take depositions in the State of Florida as indicated:

**Thursday, June 6, 2019**

| | | |
|---|---|---|
| Dr. Barry Poplaw M.D. | 11 a.m. | AKERMAN LLP<br>98 S.E. 7th Street<br>Suite 1100<br>Miami, FL 33131 |

**Duces Tecum:** **The deponent is requested to have all documents requested in Schedule "A" attached hereto available for inspection/copying at the above-noticed deposition.**

These depositions are being taken for the purposes of discovery, for use a trial, or both, or for such other purposes as are permitted under the applicable and governing rules. You are hereby notified that Plaintiff's counsel will independently audio-record the depositions separate and apart from the recording created by the court reporter. These depositions will continue from day to day until completed.

In compliance with the Americans with Disabilities Act of 1990 as amended, you are hereby notified that if you require special accommodations due to a disability, you must notify undersigned counsel no later than seven (7) days prior to the date your appearance is required pursuant to this notice to ensure that reasonable accommodations are available.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated this 3rd day of June, 2019.

Respectfully Submitted,

/s/ *Anthony V. Falzon*
ANTHONY V. FALZON, ESQUIRE
Fla. Bar No. 69167
ANTHONY V. FALZON P.A.
12000 Biscayne Boulevard
Suite 702
Miami, FL 33181
Tel: (786) 703 4181
Fax: (786) 703 2961
E-mail: tony@anthonyfalzon-law.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3, 2019 a true and correct copy of the foregoing notice has been furnished to the above named addressees by email.

/s/ *Anthony V. Falzon*
ANTHONY V. FALZON

cc:     Universal Video Reporting

## SCHEDULE A

1. A copy of your entire file relating to the matter of Aaron Timberlake v. Carnival Cruise Lines.

2. Any and all materials that you reviewed in connection to this lawsuit, including but not limited to correspondence, medical records, employment records, photographs, reports, books, articles, literature, films, tests, experiments, statements, or other reference materials that you used or are relying on for your opinions.

3. A copy of all scientific and other materials which support the disqualification periods contained on page 35 of the IOL Guidelines.

4. Any and all reports you prepared or furnished in connection with this lawsuit.

5. Any and all reports which were furnished to you by other experts or other individuals (including attorneys) in connection with this lawsuit.

6. Your curriculum vitae.

7. Any and all results of tests, experiments, evaluations, and/or assessments you, your agents, servants, or employees conducted in connection with your work in this lawsuit.

8. Your complete billing file in connection with this lawsuit.

9. Any and all notes, writings, memoranda, and correspondence (including but not limited to email), which you have prepared and/or received in connection with this lawsuit.

10. A copy of all scientific, technical, and/or medical publications, periodicals, articles of similar information authored by you that you believe are in any way relevant to your expert opinions in this lawsuit.

11. A listing of all cases within the last five (5) years in which you have given testimony as an expert, including identification of the case style; Defendant's attorney, Plaintiff's attorney, court in which case was pending and whether

testimony was by deposition, trial or both.

12. An approximation of your personal involvement as an expert witness based upon number of hours, percent of hours, or income derived from expert witness services, including percentage of work performed for Plaintiffs and Defendants for the last (5) five years.

13. An approximation of All Sea Medical LLC's involvement as an expert witness based upon number of hours, percent of hours, or income derived from expert witness services, including percentage of work performed for Plaintiffs and Defendants for the last (5) five years.

14. An approximation of All Sea Medical's income derived from treating patients based upon number of hours, percent of hours, or income derived from treating patients.

15. An approximation of your personal income derived from treating patients based upon number of hours, percent of hours, or income derived from treating patients.

16. All models, illustrations, photographs, PowerPoint slides, exhibits or documents of any kind which you intend or contemplate using to explain, illustrate or support your testimony at trial.

17. All raw data and testing that you rely on for your opinions.

18. Copies of any advertisements concerning your and/or All Sea Medical's availability as an expert or a listing of any expert referral services in which you have agreed to be listed or affiliated.

19. A copy of your contract with the attorney who retained you in this case.

20. A copy of your fee schedule.

21. A copy of any deposition transcripts in your possession from expert testimony you have given in other cases.