**Sent:** Tuesday, June 4, 2019 4:43 AM
**To:** B Poplaw MD
**Cc:** Imsen, Hege Sofie
**Subject:** Participants contact email

Dear Dr Poplaw,

Anne Gurd has asked me to respond to your email and I have spoken with some of those responsible for the ILO/IMO guidelines on which the Norwegian guidelines are based.

Unfortunately there is not a wealth of evidence when it comes to the management of illnesses within the maritime environment and the guidelines are based on the best available research where possible, expert advice and the experience of the panel. I understand that mental health was one of the more complex areas to discuss and the regulations are based on available epidemiology which suggested that five years with no recurrence and on no medication gave a likelihood of an annual recurrence risk less than 2%. For less severe conditions the main concern again was recurrence along with side effects from the medication.

From your email I assume that the seafarer is not in agreement with your fitness decision? Has this case been referred to the appellate body? I have copied Dr Hege Imsen, the head of the appellate body in case she has any additional comments.

With regards to your question about ILO I assume that you mean how many countries are using the IMO/ILO guidelines for the medical examination of seafarers? These guidelines are referred to in B1.2.1 of the Maritime Labour Convention and as such are a recommendation and not mandatory…..

Guideline B1.2.1 – International guidelines 1. The competent authority, medical practitioners, examiners, shipowners, seafarers' representatives and all other persons concerned with the conduct of medical fitness examinations of seafarer

1

candidates and serving seafarers should follow the ILO/WHO Guidelines for Conducting Pre-sea and Periodic Medical Fitness Examinations for Seafarers, including any subsequent versions, and any other applicable international guidelines published by the International Labour Organization, the International Maritime Organization or the World Health Organization.

From the ILO website I understand that 93 countries have now ratified MLC but there are still many that haven't, including the US. Unfortunately I don't know if it is possible to find out how many of these countries are using the ILO/IMO guidelines and obviously some ship owners and P&I clubs have their own requirements with regards to the health of seafarers.

I hope that information is useful. Please let us know if there is anything else we can do to assist you.

Med vennlig hilsen/With kind regards,

**Suzanne Stannard**
Overlege
Norsk senter maritim og dykke medisin
Haukeland universitetssjukehus
_____

---

**Fra:** Lindrup, Anne Gurd <_____>
**Sendt:** mandag 3. juni 2019 07:24
**Til:** Stannard, Suzanne Louise <_____>
**Emne:** VS: Participants contact email

Good morning

Can you answer this email??

Anne Gurd

Vennlig hilsen

**Anne Gurd Lindrup**

2

Spesialkonsulent

55973419 /

Haukeland universitetssjukehus

---

**Fra:** B P <_____>

**Sendt:** mandag 3. juni 2019 01:46

**Til:** Lindrup, Anne Gurd <_____>

**Kopi:** B Poplaw MD <_____>

**Emne:** Re: Participants contact email

Hi Anne

I have a question about the ILO recommendations. What research is it based on? I am being asked about a psychiatric case and being questioned on the integrity of the research leading to that guideline. Also would you know any numbers on the countries that are using ILO?

Thank you

Barry Poplaw MD

Dr Barry Poplaw M.D.
All Sea Medical