# COMPOSITE EXHIBIT "A"

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

AARON TIMBERLAKE

V.

CARNIVAL CORPORATION

## EXHIBIT AND WITNESS LIST

Case Number: 18-24250

| PRESIDING JUDGE<br>MARCIA COOKE | PLAINTIFF'S ATTORNEY<br>ANTHONY V. FALZON | DEFENDANT'S ATTORNEY<br>MELISSA ZINKIL |
|---|---|---|
| TRIAL DATE(S)<br>9/2 - 9/13/2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | EXHIBITS WHICH PLAINTIFF WILL OFFER INTO EVIDENCE AT TRIAL |
| 1 | | | | | PLAINTIFF'S CHARGE OF DISCRIMINATION (P0094) |
| 2 | | | | | PLAINTIFF'S RIGHT TO SUE LETTER FROM THE EEOC (P0073) |
| 3 | | | | | FITNESS FOR DUTY RECS COMPLETED FOR PARK WEST SUBMITTED TO CARNIVAL (PW27) |
| 4 | | | | | EMAIL CHAIN P, BARRIOS POST PRIOR TO HIRE (P0066-69) |
| 5 | | | | | CERTIFICATE FROM DR. JOHN REYNOLDS (STC0043) |
| 6 | | | | | PREEXISTING LETTER FROM CARNIVAL (STC 0031) |
| 7 | | | | | SECURITY INCIDENT INVESTIGATION (PD 0243-0348) |
| 8 | | | | | PLAINTIFF'S MEDICAL RECORDS FROM CARNIVAL FREEDOM (PD0076-0088) |
| 9 | | | | | MEDICAL RECORDS FROM GALVESTON (UTMB0005-0041) |
| 10 | | | | | MEDICAL RECORDS JUANDALYN PETERS (DR.PETERS 0002-0004, 0010-0018) |
| 11 | | | | | BILLING RECORDS FROM DR. JUANDALYN PETERS (DR. PETERS 0006-0009) |
| 12 | | | | | CARNIVAL'S LETTER OF TERMINATION (STC 0105) |
| 13 | | | | | EMAIL EXCHANGE SANTIAGO AND PLAINTIFF PRIOR TO TERMINATION (P0045-0062;) |
| 14 | | | | | EMAIL FROM HUMAN RESOURCES COPIED IN TO SANDRA SANTIAGO (PD0129-0131) |
| 15 | | | | | EMAILS SENT TO SANTIAGO BY PLAINTIFF AFTER TERMINATION (P0064-0069) |
| 16 | | | | | W-2 2012 CARNIVAL CORPORATION (P0124) |
| 17 | | | | | 2013 TAX RETURN (P0125-0126) |
| 18 | | | | | W-2 2013 CARNIVAL CORPORATION (P0127) |
| 19 | | | | | 2014 TAX RETURN (P0128-0129) |
| 20 | | | | | W-2 2014 CARNIVAL CRUISE LINES (P0130) |
| 21 | | | | | 2015 TAX RETURN (P0131-0136) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

AARON TIMBERLAKE

V.

CARNIVAL CORPORATION

## EXHIBIT AND WITNESS LIST

Case Number: 18-24150

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARCIA COOKE | ANTHONY V. FALZON | MELISSA ZINKIL |
| TRIAL DATE (S) 9/2 - 9/13/2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | EXHIBITS WHICH THE PLAINTIFF WILL SEEK TO OFFER INTO EVIDENCE AT TRIAL PG 2 |
| 22 | | | | | W-2 015 CARNIVAL CRUISE LINES (P0137) |
| 23 | | | | | W-2 2015 CELEBRITY CRUISE LINES (P0138) |
| 24 | | | | | W-2 BREF BAHAMAS (P0109) |
| 25 | | | | | 2016 TAX RETURN (P0140-0144) |
| 26 | | | | | W-2 2016 CELEBRITY CRUISE LINES (P0145) |
| 27 | | | | | 8867 2016 CHECKLIST (P0146-0147) |
| 28 | | | | | LETTER CARNIVAL TO PLAINTIFF 7/27/2016 (P0148) |
| 29 | | | | | 2017 TAX RETURN (P0150-0153) |
| 30 | | | | | INVOICES 2019 (P0154-0158) |
| 31 | | | | | PAYPAL 2016-2019 (P0159-0160) |
| 32 | | | | | ATLANTIS JOB DOCUMENTATION (P0162-0164;0219-0222;0174-0179;201-204;223-228) |
| 33 | | | | | MIAMI DJS JOB DOCUMENTATION (P0165-0166) |
| 34 | | | | | PSAV JOB DOCUMENTATION (P0167-0172;0204-0211) |
| 35 | | | | | RCCL JOB DOCUMENTATION (P0180-0186) |
| 36 | | | | | CELEBRITY CL JOB DOCUMENTATION (P0187-0192) |
| 37 | | | | | BRIZA JOB DOCUMENTATION (P0193-0200) |
| 38 | | | | | ROLAND CORP JOB DOCUMENTATION (P0213-0218) |
| 39 | | | | | ILO GUIDELINES |
| 40 | | | | | STCW |
| 41 | | | | | ILO ENFORCEMENT |
| 42 | | | | | DRUG TEST RESULTS (PD0086-0087) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

AARON TIMBERLAKE

V.

CARNIVAL CORPORATION

**EXHIBIT AND WITNESS LIST**

Case Number: 18-24250

| PRESIDING JUDGE<br>MARCIA COOKE | PLAINTIFF'S ATTORNEY<br>ANTHONY FALZON | DEFENDANT'S ATTORNEY<br>MELISSA ZINKIL |
|---|---|---|
| TRIAL DATE (S)<br>9/2 - 9/13/2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | EXHIBITS WHICH PLAINTIFF MAY OFFER INTO EVIDENCE AT TRIAL |
| 43 | | | | | Emails Barrios, Post, Plaintiff prior to hire (P0249-0262) |
| 44 | | | | | All of Defendant's Exhibits marked 1-9, 11-15, 23-27, 33-35, 36-64, 74-88, 90-93, 96-98, 100, 106, |
| 45 | | | | | All of Defendant's Exhibits marked 108 -110, 112 - 119, 123-126, 130, 133-137. |
| 46 | | | | | Guidelines on the Medical Examination of Seafarers (Exh 14 to deposition of Khoury |
| 47 | | | | | All of Defendant's Exhibits marked 158 - 164, 171, 195 |
| 48. | | | | | Carnival Cruise Line Ship Security Manual (Exh 11 to the deposition of Estopinian) |
| 49. | | | | | Medical Records of Dr. John marked as Exhibit to his deposition |
| 50 | | | | | Resume of Dr. Poplaw |
| 51 | | | | | Engagement Letter Dr. Poplaw |
| 52 | | | | | Norwegian Maritime Authority emails produced by Dr. Poplaw |
| 53 | | | | | Resume of Dr. Rosenbaum |
| 54 | | | | | Dr. Rosenbaum's report |
| 55 | | | | | Dr. Rosenbaum's amended report with psychological testing materials |
| 56 | | | | | 46 C.F.R. 15.1111 |
| 57 | | | | | Mental Health and work, Impact issues and Good Practices - ILO/WHO |
| 58 | | | | | All impeachment exhibits |
| 59 | | | | | All demonstrative exhibits |
| 60 | | | | | All rebuttal exhibits |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24250-COOKE/GOODMAN

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant.
_____/

# DEFENDANT, CARNIVAL CORPORATION'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Defendant, CARNIVAL CORPORATION, makes the following objections to Plaintiff's Exhibit List.

| Plaintiff's Exhibit No. | Defendant's Objections |
| --- | --- |
| 1 | R/H |
| 2 | R |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

1

| | |
|---|---|
| 11 | |
| 12 | Description fails to match bates labeled documents identified. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | R, Description fails to match bates labeled documents identified. |
| 25 | |
| 26 | |
| 27 | |
| 28 | R, H, A |
| 29 | |
| 30 | R, H, A |
| 31 | R, H, A |
| 32 | |
| 33 | |

| | |
|---|---|
| 34 | I/C |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | R |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | R |
| 52 | |
| 53 | R (Subject to Daubert Motion) |
| 54 | R (Subject to Daubert Motion) |
| 55 | R (Subject to Daubert Motion) |
| 56 | R, I, UP |

| 57 | R, UP |
|----|-------|
| 58 |       |
| 59 |       |
| 60 |       |

Date:  July 24, 2019

Respectfully submitted,

By: /s/ Melissa S. Zinkil
    James S. Bramnick (Florida Bar No. 190994)
    Melissa S. Zinkil (Florida Bar No. 0653713)
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street
Miami, FL 33136
Phone:  (305) 374-5600/Fax: (305) 374-5095
Email:  james.bramnick@akerman.com
Email:  melissa.zinkil@akerman.com
Email:  vivian.lopez@akerman.com
Email: michelle.reynolds@akerman.com
*Attorneys for Defendant*

4