EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24250-COOKE/GOODMAN

AARON TIMBERLAKE,
        Plaintiff,
vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

        Defendant.
_____/

## DEFENDANT, CARNIVAL CORPORATION'S EXHIBIT LIST

Defendant, Carnival Corporation, by and through its undersigned counsel and pursuant to the Order Setting Civil Trial Date and Pretrial Deadlines dated December 17, 2018 (ECF No. 12) ("Order") and Local Rule 16.1 (d) and (e), provides the following Exhibit List.  Defendant reserves the right to amend and/or supplement the following list consistent with the Order.

## EXHIBIT LIST

A.    Exhibits Defendant Expects To Offer At Trial

| PRESIDING JUDGE<br>HONORABLE MARCIA G. COOKE | PLAINTIFF'S ATTORNEY<br>ANTHONY V. FALZON, ESQ. | DEFENDANT'S ATTORNEY<br>JAMES S. BRAMNICK ESQ.<br>MELISSA S. ZINKIL, ESQ. |
|---|---|---|
| TRIAL DATE(S)<br>2 week trial calendar beginning on 09/02/2019 | COURT REPORTER<br>TBA | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 1 | | | | Pre-Employment Medical Examination Forms dated 12/29/2011 & 01/03/2012 **[CARNIVAL/TIMBERLAKE_PD000001-6]** | |
| | 2 | | | | Summary of All Required Exams **[CARNIVAL/TIMBERLAKE_PD000011-18]** | |
| | 3 | | | | Pre-Employment Medical Examination Forms dated 01/03/2012 **[CARNIVAL/TIMBERLAKE_PD000019-21]** | |

48925996;4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 4 | | | | Norwegian Cruise Line/Orient Lines Medical Examination Report [CARNIVAL/TIMBERLAKE_PD000022] | |
| | 5 | | | | Carnival Employee History for New Hire dated 04/30/2012 [CARNIVAL/TIMBERLAKE_PD000030-33] | |
| | 6 | | | | Quest Lab Report dated 05/09/2012 [CARNIVAL/TIMBERLAKE_PD000034] | |
| | 7 | | | | Letter from Dr. Reynold John regarding A. Timberlake's past history of anxiety and insomnia [CARNIVAL/TIMBERLAKE_PD000035] | |
| | 8 | | | | Carnival Letter to Timberlake regarding his Pre-Existing Medical Condition relating to anxiety and depression [CARNIVAL/TIMBERLAKE_PD000036] | |
| | 9 | | | | Carnival's Medical Certificate for Service at Sea for Timberlake dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000044] | |
| | 10 | | | | Carnival's Employee History for Timberlake Employee dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000045-48] | i/c[1] 45-49 |
| | 11 | | | | Specimen Result Certificate dated 04/15/2014 [CARNIVAL/TIMBERLAKE_PD000049] | |
| | 12 | | | | Radiology Report dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000050] | |
| | 13 | | | | LabCorp test results dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000051-53] | |
| | 14 | | | | Carnival Legend Crew Wellness Exam dated 08/16/2014 [CARNIVAL/TIMBERLAKE_PD000054] | |
| | 15 | | | | Carnival Wellness Screening Questionnaire dated 08/16/2014 [CARNIVAL/TIMBERLAKE_PD000055] | |
| | 16 | | | | Carnival Employee History for Timberlake dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000056-59] | i/c 56-58 |
| | 17 | | | | Carnival's Medical Certificate for Service at Sea for Timberlake dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000060] | r/t[2] |
| | 18 | | | | Employment Contract cover page attaching Seafarer's Agreement signed by Timberlake on 01/29/2015 [CARNIVAL/TIMBERLAKE_PD000061-70] | A 61 R/A 67-70 |

---

[1] Plaintiff's uses the designation "i/c" to designate what he believes to be an incomplete document.
[2] Plaintiff objects to this exhibit as duplicative of Exhibit 9 above.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 19 | | | | Henderson Behavioral Health Crisis Services Assessment dated 05/11/2015 [CARNIVAL/TIMBERLAKE_PD000071-73] | A, U Ill[3] |
| | 20 | | | | Henderson Behavioral Health Psychiatric Evaluation [CARNIVAL/TIMBERLAKE_PD000074-75] | A, H Ill |
| | 21 | | | | MS Carnival Freedom's 7 page Crew Illness Log [CARNIVAL/TIMBERLAKE_PD000076-82] | H |
| | 22 | | | | MS Carnival Freedom's 3 page Crew Illness Log [CARNIVAL/TIMBERLAKE_PD000083-85] | H, R |
| | 23 | | | | Urine Drug Test [CARNIVAL/TIMBERLAKE_PD000086-87] | |
| | 24 | | | | Hemotology Results [CARNIVAL/TIMBERLAKE_PD000088] | |
| | 25 | | | | Carnival Cruise Lines Crew Information [CARNIVAL/TIMBERLAKE_PD000089] | |
| | 26 | | | | Carnival Cruise Lines Movement Details [CARNIVAL/TIMBERLAKE_PD000090-91] | |
| | 27 | | | | Carnival Cruise Lines Personal Information for Timberlake [CARNIVAL/TIMBERLAKE_PD000092] | |
| | 28 | | | | Carnival Cruise Lines Employment Letter Details for Timberlake [CARNIVAL/TIMBERLAKE_PD000093] | R |
| | 29 | | | | Email from G. Geletu dated 06/02/2015 requesting that Timberlake be seen at ER in Galveston for a psychiatric evaluation and possible admission [CARNIVAL/TIMBERLAKE_PD000094] | H, A |
| | 30 | | | | UnitedHealthcare claims for ER walk-in treatment and ambulance [CARNIVAL/TIMBERLAKE_PD000095-97] | R, A, H |
| | 31 | | | | Email from G. Geletu dated 06/05/2015 regarding disembarkation for Timberlake [CARNIVAL/TIMBERLAKE_PD000098] | H, A |
| | 32 | | | | Medical Shoreside Attendance Form [CARNIVAL/TIMBERLAKE_PD000099] | Ill |
| | 33 | | | | Crew Medical Status Report – Crew Member Information [CARNIVAL/TIMBERLAKE_PD000100] | |
| | 34 | | | | Crew Medical Disembarkation Information [CARNIVAL/TIMBERLAKE_PD000101/368] | |
| | 35 | | | | UTMB Hospital Encounter for Timberlake's 06/06/2015 admission to same [CARNIVAL/TIMBERLAKE_PD000102–104] | |

---

[3] Plaintiff uses the designation "ill" to object to documents claimed to be illegible.

48925996;4

- 3 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 36 | | | | UTMB Note Report for Timberlake's 06/06/2015 admission to same [CARNIVAL/TIMBERLAKE_PD000105-108] | |
| | 37 | | | | 06/06/2015 email regarding Timberlake's release from UTMB confirming Timberlake is fit for travel to Fort Lauderdale for futher medical care [CARNIVAL/TIMBERLAKE_PD000109-110] | |
| | 38 | | | | 06/06/2015 email requesting update on Timberlake's flight arrangements [CARNIVAL/TIMBERLAKE_PD000109-113] | |
| | 39 | | | | 06/06/2015 emails regarding airport transportation for Timberlake [CARNIVAL/TIMBERLAKE_PD000114-117] | |
| | 40 | | | | 06/08/2015 Letter to UHI from Carnival requesting medical evaluation and treatment for Timberlake [CARNIVAL/TIMBERLAKE_PD000118] | |
| | 41 | | | | 06/08/2015 email attaching notes and authorization for Timberlake's at home treatment (no attachments) [CARNIVAL/TIMBERLAKE_PD000119] | |
| | 42 | | | | 06/11/2015 email from A. Timberlake to S. Santiago regarding Medical Sign Off Information [CARNIVAL/TIMBERLAKE_PD000120] | |
| | 43 | | | | 06/12/2015 email from S. Santiago to A. Timberlake requesting Timberlake to obtain medical reports from the medical care he had when he was 18yrs. old [CARNIVAL/TIMBERLAKE_PD000121] | |
| | 44 | | | | 06/13/2015 email from A. Timberlake to S. Santigo providing update to his appointment and prescribed medication [CARNIVAL/TIMBERLAKE_PD000122-124] | |
| | 45 | | | | 06/14/2015 email regarding Timberlake's medication override [CARNIVAL/TIMBERLAKE_PD000125-128] | |
| | 46 | | | | 06/12/2015-06/15/2015 emails regarding Timberlake [CARNIVAL/TIMBERLAKE_PD000129-131] | |
| | 47 | | | | 06/18/2015 email from A. Timberlake to S. Santiago regarding coordination of appointment [CARNIVAL/TIMBERLAKE_PD000132-134] | |
| | 48 | | | | 06/22/2015 email from A. Timberlake to S. Santiago confirming appointment [CARNIVAL/TIMBERLAKE_PD000135-138] | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 49 | | | | 07/01/2015 emails between A. Timberlake and S. Santiago regarding Timberlake not having a sign-on date until he is cleared by the medical dept. and found to be medically fit. [CARNIVAL/TIMBERLAKE_PD000139-140] | |
| | 50 | | | | 07/01/2015 email regarding sick wages/maintenance for Timberlake [CARNIVAL/TIMBERLAKE_PD000141] | |
| | 51 | | | | 07/01/2015 email providing pharmacy snapshot for Timberlake [CARNIVAL/TIMBERLAKE_PD000142-143] | |
| | 52 | | | | 07/01/2015 follow up email regarding sick wages/maintenance for Timberlake [CARNIVAL/TIMBERLAKE_PD000144] | |
| | 53 | | | | 07/02/2015 emails requesting update regarding medical report from Timberlake's initial visit with Henderson Behavioral Health Center [CARNIVAL/TIMBERLAKE_PD000145-146] | |
| | 54 | | | | 07/01/2015-07/02/2015 emails regarding oversight on paying sick wages/maintenance [CARNIVAL/TIMBERLAKE_PD000147-148] | |
| | 55 | | | | 06/30/2015-07/02/2015 emails suspending Timberlake's benefits pending further information [CARNIVAL/TIMBERLAKE_PD000149-151] | |
| | 56 | | | | 06/30/2015-07/06/2015 emails regarding request for Henderson Behavioral Health Center records [CARNIVAL/TIMBERLAKE_PD000152-155] | |
| | 57 | | | | 06/30/2015-07/10/2015 emails regarding Timberlake [CARNIVAL/TIMBERLAKE_PD000156-159] | |
| | 58 | | | | 07/06/2015-07/10/2015 emails regarding Dr. Juandalyn Peters [CARNIVAL/TIMBERLAKE_PD000160] | |
| | 59 | | | | 07/14/2015 email terminating medical care and sick payments for Timberlake [CARNIVAL/TIMBERLAKE_PD000161] | |
| | 60 | | | | 07/14/2015 Letter from Carnival to Timberlake terminating employment [CARNIVAL/TIMBERLAKE_PD000162; 00063] | |
| | 61 | | | | 06/30/2015-07/15/2015 emails regarding Timberlake's treatment [CARNIVAL/TIMBERLAKE_PD000163-167] | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 62 | | | | 07/20/2015 email from A. Timberlake to S. Santiago regarding visit with Dr. Juandalyn Peters [CARNIVAL/TIMBERLAKE_PD000168] | |
| | 63 | | | | Federal Express Form dated 07/23/2015 [CARNIVAL/TIMBERLAKE_PD000169] | |
| | 64 | | | | 07/24/2015 email from A. Timberlake to S. Santiago regarding medical background [CARNIVAL/TIMBERLAKE_PD000170; 00064-00065] | |
| | 65 | | | | Carnival Ship's Security Manual [CARNIVAL/TIMBERLAKE_PD000232-348] | H, A |
| | 66 | | | | Team Carnival Shipboard Handbook [CARNIVAL/TIMBERLAKE_PD000368-427] | R, A |
| | 67 | | | | Carnival Corporation & PLC Compliance Reporting Hotline [CARNIVAL/TIMBERLAKE_PD000428] | R, A |
| | 68 | | | | Carnival Corporation & PLC Reporting of Improprieties Policy [CARNIVAL/TIMBERLAKE_PD000429-432] | R, A |
| | 69 | | | | Carnival Procedures from Security Manual related to Detention/Restraint of Guest/Crew [CARNIVAL/TIMBERLAKE_PD000434-438] | A |
| | 70 | | | | Carnival Procedures from Security Manual related to Handling of Intoxicated or Aggressive Individuals [CARNIVAL/TIMBERLAKE_PD000439-441] | A |
| | 71 | | | | Maritime Labour Convention (MLC), 2006 | R |
| | 72 | | | | International Labor Office (ILO) Guidelines on the Medical Examinations of Seafarers | R |
| | 73 | | | | Standards of Training, Certification and Watchkeeping for Seafarers (STCW) – 2017 | R |
| | 74 | | | | 06/11/2015-06/12/2015 emails regarding medical sign off process [00045-00046] | |
| | 75 | | | | 06/12/2015-06/22/2015 emails regarding doctor appointments, medication and request for medical reports [00047-00049] | |
| | 76 | | | | 11/10/2016 email forwarding emails regarding appointments, medication and request for medical reports [00050-00053] | |
| | 77 | | | | 06/30/2015-07/01/2015 emails regarding follow up care and Timberlake's inability to rejoin Carnival until he is found medically fit [00054-00056] | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 78 | | | | 07/01/2015-07/20/2015 emails providing update on treatment<br>[00057-00062] | |
| | 79 | | | | 07/24/2015 email from A. Timberlake to S. Santiago forwarding original emails from 2012 discussing history of anxiety and depression<br>[00066-00069] | |
| | 80 | | | | 2012 W-2 Corrected Wage & Tax Statement for Timberlake<br>[00124] | |
| | 81 | | | | 2013 U.S. Individual Income Tax Return for Timberlake<br>[00125-00126] | |
| | 82 | | | | 2013 W-2 for Timberlake<br>[00127] | |
| | 83 | | | | 2014 U.S. Individual Income Tax Return for Timberlake<br>[00128-00129] | |
| | 84 | | | | 2014 W-2 for Timberlake<br>[00130] | |
| | 85 | | | | 2015 U.S. Individual Income Tax Return for Timberlake<br>[00131-00136] | |
| | 86 | | | | 2015 W-2 for Timberlake<br>[00137-00139] | |
| | 87 | | | | 2016 U.S. Individual Income Tax Return for Timberlake<br>[00140-00144] | |
| | 88 | | | | W-2 Detail Report – 2016<br>[00145] | |
| | 89 | | | | Form 8867 – Paid Preparer's Due Diligence Checklist<br>[00146-00147] | R |
| | 90 | | | | - Reserved- | |
| | 91 | | | | 2017 U.S. Individual Income Tax Return for Timberlake<br>[00150-00153] | |
| | 92 | | | | PayPal Manage Invoices Summary<br>[00154-00158] | |
| | 93 | | | | PayPal Financial Summary Report<br>[00159-00160] | |
| | 94 | | | | 08/11/2015-08/13/2015 Emails regarding Atlantis Paradise Island – Offer Details<br>[00162-00164] | R |
| | 95 | | | | 10/08/2015 emails regarding Miami DJs Contract<br>[00165-00166] | R |

48925996;4

- 7 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 96 | | | | 09/23/2016 email regarding PSAV Contingent Offer of Employment [00167-00168] | |
| | 97 | | | | 09/23/2016 Offer Letter for position as Part-Time Lead Technician Audio Visual in South Florida [00169-00170] | |
| | 98 | | | | PSAV Retirement Savings Plan Information [00171-00172] | |
| | 99 | | | | 10/05/2016 Letter from PSAV rescinding offer of employment due to illegal substance(s) found in Timberlake's pre-employment screening [00173] | UP |
| | 100 | | | | Miami DJs.com Independent Contractor Agreement dated 10/07/2015 [00174-00179] | |
| | 101 | | | | Royal Caribbean Cruises, Ltd. New Hire Application for Shipboard Employment [00180-00182] | UP, R |
| | 102 | | | | Royal Caribbean New Hire Gateway City Acknowledgment Form [00183] | R |
| | 103 | | | | Celebrity Cruise Lines Sign On Employment Agreement dated 10/22/2015 [00187-00192] | R |
| | 104 | | | | 09/24/2015 email from G. Begley Director of Operations at MiamiDJ's coordinating employment on a ship once medical results have been received [00201] | R |
| | 105 | | | | 09/23/2015-09/24/2015 emails between Timberlake & G. Begley attaching forms for employment [00202-00204] | R |
| | 106 | | | | 01/20/2018 Offer of Employment Letter from PSAV [00205-00206] | |
| | 107 | | | | 02/13/2018 – 02/15/2018 Emails regarding Onboarding Process with PSAV [00207-00212] | R |
| | 108 | | | | Consulting Agreement (Outside Consultant) between Roland Corporation and Timberlake [00213-00218] | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 109 | | | | 08/10/2015 email from J. Rivera, HR specialist with Atlantis Bahamas confirming Timberlake's interview for the Travel Specialist position for 08/11/2015 [00219-00222] | |
| | 110 | | | | MiamiDJ.com Ultra Modern Productions – Independent Contractor Agreement with A. Timberlake [00223-00228] | |
| | 111 | | | | Pre-Employment & Shipboard Employee Medical Examination Form A & B [00230; 239] | i/c |
| | 112 | | | | Summary of All Required Exams [00231] | |
| | 113 | | | | Quest Diagnostic Lab Results [00232] | |
| | 114 | | | | PA and Lateral Chest Exam dated 12/29/2011 [00233] | |
| | 115 | | | | MMR Certification dated 01/03/2012 [00234] | |
| | 116 | | | | Drug Profile Results dated 01/04/2012 [00235-00238] | |
| | 117 | | | | Quest Diagnostics Lab Results [00240] | |
| | 118 | | | | Norwegian Cruise Line/Orient Lines – Medical Examination Report [00241] | |
| | 119 | | | | Quest Diagnostics Lab Results [00242-00244] | |
| | 120 | | | | Employment Medical Exam Form A dated 09/24/2015 [00245-245A] | R |
| | 121 | | | | South Beach Urgent Care Drug Screen Result Form dated 09/24/2015 [00246] | R |
| | 122 | | | | Pre-Employment and Shipboard Employee Medical Examination Form A [00247] | i/c |
| | 123 | | | | 04/30/2012-05/07/2012 emails regarding finalizing medical for clearance [00249-00251] | |
| | 124 | | | | 05/16/2012-11/16/2016 email regarding screen results [00252] | |
| | 125 | | | | Emails attaching Doctors note per request [00253-00256] | |

48925996;4

- 9 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 126 | | | | Emails attaching Release Acknowledgment and Pre-Existing Letter for Crew [00257-00262] | |
| | 127 | | | | Non-Party production by Audio Visual Services Group, LLC d/b/a PSAV [PSAV_000001-PSAV_000028] *along with Certificate of Authenticity* | A, R, *4 |
| | 128 | | | | Non Party Production by Brookfield Hospitality Properties, LLC [BROOKFIELD_00001-BROOKFIELD_00017] *along with Certificate of Authenticity* | A, R, * |
| | 129 | | | | Non-Party production by Celebrity Cruises, Inc. [RCL00001-RCL00048] *along with Certificate of Authenticity* | A, * |
| | 130 | | | | Non-Party Production by Harwich Enterprises, LLC d/b/a Park West Gallery [PW000001-PW000040] | |
| | 131 | | | | Non-Party Production by Henderson Behavioral Health, Inc. [HENDERSON_00001-HENDERSON_00008] | A |
| | 132 | | | | Non-Party Production by Reynold M. John MD [JOHN MD_000001-JOHN MD_000028] | A |
| | 133 | | | | Documents Produced by Dr. John at his April 30, 2019 Deposition | |
| | 134 | | | | Documents Produced to Plaintiff by Dr. John and marked at Dr. John's April 30, 2019 Deposition | |
| | 135 | | | | Non-Party Production by Juandalyn Peter MD [DR.PETERS_000001-DR.PETERS_000018] *along with Certificate of Authenticity* | |
| | 136 | | | | Non-Party Production by Unify Productions, Inc. [UNIFY_000001-UNIFY_000005] | |
| | 137 | | | | Non-Party Production by University of Texas Medical Branch at Galveston d/b/a UTMB Health [UTMB_000001-UTMB_000041] *along with Certificate of Authenticity* | |
| | 138 | | | | Declaration of **Barry Poplaw, M.D**. dated June 19, 2018 | H, A |
| | 139 | | | | Declaration of **Melroy Misquitta** dated April 12, 2019 | H, A |
| | 140 | | | | Transcript to **Aaron Timberlake's** February 5, 2019 Deposition and exhibits cited thereto | N/A5 |

---

[4] Plaintiff objects to exhibits with an "*" with respect to "non-earning related information."
[5] Plaintiff uses the designation "N/A" to indicate exhibits he believes are "not appropriately" listed as exhibits.

48925996;4

- 10 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 141 | | | | Transcript to *Monica Barrios'* April 4, 2019 Deposition and exhibits cited thereto | N/A |
| | 142 | | | | Transcript to *Jennie Baxter's* April 23, 2019 Deposition and exhibits cited thereto | N/A |
| | 143 | | | | Transcript to *Julio Cesar Estopinan's* April 11, 2019 Deposition and exhibits cited thereto | N/A |
| | 144 | | | | Transcript to *Patrick Fullerton's* May 2, 2019 Deposition and exhibits cited thereto | N/A |
| | 145 | | | | Transcript to *Dr. Reynold John's* April 30, 2019 Deposition and exhibits cited thereto | N/A |
| | 146 | | | | Transcript to *Nure Khoury's* April 11, 2019 Deposition and exhibits cited thereto | N/A |
| | 147 | | | | Transcript to *Skip Mark Lyons'* April 20, 2019 Deposition and exhibits cited thereto | N/A |
| | 148 | | | | Transcript to *Dr. Juandalyn Peters'* April 12, 2019 Deposition and exhibits cited thereto | N/A |
| | 149 | | | | Transcript to *Dr. Barry Poplaw's* June 6, 2019 Deposition and exhibits cited thereto | N/A |
| | 150 | | | | Transcript to *Sandra Santiago's* April 4, 2019 Deposition and exhibits cited thereto | N/A |
| | 151 | | | | Transcript to *Elliott B. Rosenbaum's* May 23, 2019 Deposition and exhibits cited *thereto (to the extent that Defendant's Daubert Motion is denied and Dr. Rosenbaum is permitted to testify)* | N/A |
| | 152 | | | | All responses to Interrogatories, Requests for Production, and Requests for Admissions on file in this case. | N/A |
| | 153 | | | | Transcripts of all depositions taken in this case not otherwise listed above. | N/A |
| | 154 | | | | Any exhibits used in any depositions taken in this case. | N/A |
| | 155 | | | | All documents produced during discovery in this case | N/A |
| | 156 | | | | All documents listed by Plaintiff in his Exhibit List to which Defendant does not object. | |
| | 157 | | | | Any and all demonstrative exhibits | |

B.   **Exhibits Defendant May Offer if the Need Arises**

| PRESIDING JUDGE<br>HONORABLE MARCIA G. COOKE | PLAINTIFF'S ATTORNEY<br>ANTHONY V. FALZON, ESQ. | DEFENDANT'S ATTORNEY<br>JAMES S. BRAMNICK ESQ.<br>MELISSA S. ZINKIL, ESQ. |
|---|---|---|
| TRIAL DATE(S)<br>2 week trial calendar beginning on 09/02/2019 | COURT REPORTER<br>TBA | COURTROOM DEPUTY |

48925996;4

- 11 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 158 | | | | PA and Lateral Chest Examination performed on 12/29/2011 [CARNIVAL/TIMBERLAKE_PD000007] | |
| | 159 | | | | Timberlake's Certification of Immunization for MMR [CARNIVAL/TIMBERLAKE_PD000008] | |
| | 160 | | | | Lab Collections for Hepatitis and drug abuse [CARNIVAL/TIMBERLAKE_PD000009-10] | |
| | 161 | | | | Quest Lab Report [CARNIVAL/TIMBERLAKE_PD000023-25] | |
| | 162 | | | | Hypertension / Diabetes Screening Questionnaire dated July 6, 2012 [CARNIVAL/TIMBERLAKE_PD000026] | |
| | 163 | | | | Hypertension / Diabetes Screening Questionnaire dated January 21, 2012 [CARNIVAL/TIMBERLAKE_PD000027] | |
| | 164 | | | | Mt. Clemens Health Center Receipt for Vaccine Administration attaching Immunization History [CARNIVAL/TIMBERLAKE_PD000028-29] | |
| | 165 | | | | Emails confirming Timberlake's dental appointment in Sydney [CARNIVAL/TIMBERLAKE_PD000037] | R |
| | 166 | | | | Dental Shoreside Referral for Timberlake [CARNIVAL/TIMBERLAKE_PD000038-39] | R |
| | 167 | | | | 07/13/2013 Carnival Spirit Medical Report for Timberlake's examination of ingrown facial hair follicle [CARNIVAL/TIMBERLAKE_PD000040-41] | R |
| | 168 | | | | Hypertension/Diabetes Screening Questionnaire dated 10/09/2013 [CARNIVAL/TIMBERLAKE_PD000042] | R |
| | 169 | | | | Hypertension/Diabetes Screening Questionnaire dated 12/08/2013 [CARNIVAL/TIMBERLAKE_PD000043] | R |
| | 170 | | | | Hypertension / Diabetes Screening Questionnaire (Not Dated) [CARNIVAL/TIMBERLAKE_PD000181] | R |
| | 171 | | | | Performance Record for Work Performance dated 05/12/2014 [CARNIVAL/TIMBERLAKE_PD000349] | |
| | 172 | | | | Performance Record for Corrective Action dated 06/15/2014 [CARNIVAL/TIMBERLAKE_PD000350] | R |
| | 173 | | | | Performance Record for Work Performance dated 06/12/2014 [CARNIVAL/TIMBERLAKE_PD000351] | R |

48925996;4

- 12 -

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
|  | 174 |  |  |  | Performance Record for Work Performance dated 03/11/2014 [CARNIVAL/TIMBERLAKE_PD000352] | R |
|  | 175 |  |  |  | Performance Record for Work Performance dated 06/23/2014 [CARNIVAL/TIMBERLAKE_PD000353] | R |
|  | 176 |  |  |  | Performance Record for Work Performance dated 04/13/2014 [CARNIVAL/TIMBERLAKE_PD000354] | R |
|  | 177 |  |  |  | 05/12/2014 email from T. Fuentes to HR attaching a Warning for Work Performance for Timberlake [CARNIVAL/TIMBERLAKE_PD000355-356] | R |
|  | 178 |  |  |  | 06/18/2014 email from L. Shaw to Curise Director attaching a Corrective Action for Timberlake [CARNIVAL/TIMBERLAKE_PD000357-358] | R |
|  | 179 |  |  |  | 06/15/2014 email from S. Howard to Cruise Director regarding banner issue [CARNIVAL/TIMBERLAKE_PD000359] | R |
|  | 180 |  |  |  | 06/29/2014 emails regarding DJ booth being left open [CARNIVAL/TIMBERLAKE_PD000360/365] | R |
|  | 181 |  |  |  | Emails regarding Timberlake being late to DJ for teen party [CARNIVAL/TIMBERLAKE_PD000361-363] | R |
|  | 182 |  |  |  | 07/12/2014 email from D. Maolache to Cruise Director requesting a Corrective Action for Timberlake or apprentice for leaving all equipment on including haze/smoke [CARNIVAL/TIMBERLAKE_PD000364] | R |
|  | 183 |  |  |  | Emails regarding the post show DJ set and activities [CARNIVAL/TIMBERLAKE_PD000366-367] | R |
|  | 184 |  |  |  | Employee Performance Evaluation dated 10/24/2014 [CARNIVAL/TIMBERLAKE_PD000433-434] | R |
|  | 185 |  |  |  | Carnival Funtimes Newsletter for April 4, 2015 [00002-00007] | R |
|  | 186 |  |  |  | Carnival Funtimes Newsletter for April 10, 2015 [00008-00013] | R |
|  | 187 |  |  |  | Carnival Funtimes Newsletter for April 5, 2015 [00014-00019] | R |
|  | 188 |  |  |  | Carnival Funtimes Newsletter for April 6, 2015 [00020-00025] | R |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| | 189 | | | | Carnival Funtimes Newsletter for April 7, 2015 **[00026-00031]** | R |
| | 190 | | | | Carnival Funtimes Newsletter for April 8, 2015 **[00032-00037]** | R |
| | 191 | | | | Carnival Funtimes Newsletter for April 9, 2015 **[00038-00043]** | R |
| | 192 | | | | Shipboard Drug and Alcohol Policy **[00184]** | R |
| | 193 | | | | Royal Caribbean Life Insurance Beneficiary Designation dated 09/24/2015 **[00185]** | R |
| | 194 | | | | Royal Caribbean Fair Credit Reporting Act (FCRA) Disclosure dated 09/24/2015 **[00186]** | R |
| | 195 | | | | 12/26/2017-1/19/2018 emails regarding timeline for payment from Celebrity to Timberlake for last event **[00193-00200]** | |
| | 196 | | | | Republic of Panama, Ministry of the Presidency, Executive Decree No. 86, February 22, 2013 | A, H, DA DD[6] |
| | 197 | | | | Official Gazette, The Bahamas, (Merchant Shipping (Maritime Labour Convention) Regulations, 2012 | A, H, DA DD |
| | 198 | | | | Malta - Subsidiary Legislation 234.51-Merchant Shipping (Maritime Labour Convention) Rules | A, H, DA DD |

---

[6] Plaintiff objects to Exhibits 196-198 claiming they were "disclosed after the discovery deadline." Defendant asserts that laws (such as for example, the ADA) do not typically need to be listed as exhibits – nor are laws items that typically need to be produced in discovery.

Dated: July 24, 2019    Respectfully submitted,

By: */s/ Melissa S. Zinkil*
James S. Bramnick (Florida Bar No. 190994)
Melissa S. Zinkil (Florida Bar No. 0653713)
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street
Miami, FL 33136
Phone: (305) 374-5600/Fax: (305) 374-5095
Email: james.bramnick@akerman.com
Email: melissa.zinkil@akerman.com
Email: vivian.lopez@akerman.com
Email: michelle.reynolds@akerman.com
*Attorneys for Defendant*