# EXHIBIT "C"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24250-COOKE

AARON TIMBERLAKE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

    Defendant,
_____/

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff, Aaron Timberlake, by and through its undersigned counsel and pursuant to the Order Setting Civil Trial Date and Pretrial Deadlines dated December 17, 2018 [ECF No. 12], provides the following Trial Witness List.

    **A.**    **Witnesses Plaintiff Expects to present at Trial.**

1.    Julio Cesar Estopinan (videotaped deposition)
Staff & Investigator with Security Services and Defendant's Fed.R.Civ.P. 30(b)(6) Corporate Representative
Carnival Corporation
c/o Akerman LLP
777 South Flagler Drive, Suite 1100
West Palm Beach, FL 33410

2.    Dr. Patrick Fullerton (videotaped deposition)
Former Chief Medical Officer and Fleet Medical Director
27637 U.S. Highway 27
Leesburg, FL 34748

3.    Gabriela Geletu (deposition transcript)
Crew Medical Coordinator

1

        20109 45th Avenue NW
        Stanwood, WA 98292-6727

4.     Nure Khoury (videotaped deposition)
        Director of Medical Operations
        Carnival Corporation
        c/o Akerman LLP
        777 South Flagler Drive, Suite 1100
        West Palm Beach, FL 33410

5.     Mark Vivian a/k/a Skip Lyons (videotaped deposition)
        Entertainment Director
        1 Clarence Avenue,
        Klemzig,
        South Australia
        Carnival Corporation

6.     Scott Nelson (videotaped deposition)
        Vice President Shipboard Human Resources and Defendant's Fed.R.Civ.P. 30(b)(6)
        Corporate Representative
        Carnival Corporation
        c/o Akerman LLP
        777 South Flagler Drive, Suite 1100
        West Palm Beach, FL 33410

7.     Dr. Juandalyn Peters M.D. (in person)
        4801 South University Drive, Suite 204
        Davie, FL 33140

8.     Elliott B. Rosenbaum, Psy.D, ABPP (videotaped deposition)
        Plaintiff's Expert Witness
        1804 San Marco Place
        Jacksonville, FL 32207

9.     Aaron Timberlake (in person)
        Plaintiff
        c/o Anthony V. Falzon P.A.
        12000 Biscayne Boulevard
        Suite 702
        Miami, FL 33181

10.    Kathleen Timberlake (in person)
        2000 S. Ocean Boulevard, #5K

       Pompano Beach, FL 33062

B. **Witnesses Plaintiff may present if the need arises at trial.**

1. Monica Barrios (in person)
   Former Physicals Review Coordinator/PEME Coordinator
   1120 SW 133rd Court
   Miami, FL 33186

2. Jennie Baxter (via videotaped deposition)
   Cruise Director (Freedom)
   Carnival Corporation
   Resides in the United Kingdom

3. Records Custodian, Henderson Behavioral Health
   4720 North State Road &, Building B
   Fort Lauderdale, FL 33319

4. Dr. Reynold John (via deposition transcript)
   936 Jordan Drive
   Troy,
   Oakland County, MI 48098

5. Records Custodian, Harwich Enterprises, LLC d/b/a Park West Gallery
   16000 N.W. 59th Avenue
   Miami Lakes, FL 33014

6. Dr. Barry Poplaw M.D. (in person)
   Defendant's Expert Witness
   4300 Alton Road,
   Miami, FL 33140

7. Kyle Post (in person)
   Special Project Coordinator/Entertainment Office
   c/o Akerman LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

8. Sandra Santiago
   Former Crew Medical Coordinator
   630 Falcon Ave
   Miami Springs, FL 33166

9. Christopher Timberlake (in person)
   2000 S. Ocean Boulevard, #5K
   Pompano Beach, FL 33062

10. Records Custodian, University of Texas, Medical Branch at Galveston d/b/a UTMB Health
    301 University Blvd
    Galveston, TX 77555-0782

11. Any and all witnesses listed on Defendant's Witness List.

12. Any and all rebuttal witnesses.

13. Any witness listed on the parties Initial or Amended Initial Disclosures, in response to Interrogatories and on any documents produced by the parties.

*Dated this 24th day of July, 2019*

Respectfully Submitted,
By: *Anthony V. Falzon*
ANTHONY V. FALZON P.A.
12000 Biscayne Boulevard
Suite 702
Miami, FL 33181
Tel: (786) 703 4181
Fax: (786) 703 2961
E-mail: tony@anthonyfalzon-law.com
Fla. Bar No. 69167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was delivered to all interested parties via the Clerk of Court's e-filing portal on 24th July, 2019.

*/s/ Anthony V. Falzon*
Anthony V. Falzon.