# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24250-COOKE/GOODMAN

AARON TIMBERLAKE,
       Plaintiff,
vs.

CARNIVAL CORPORATION,
a foreign for profit corporation,

       Defendant.
_____/

## DEFENDANT, CARNIVAL CORPORATION'S TRIAL WITNESS LIST

Defendant, Carnival Corporation, by and through its undersigned counsel and pursuant to the Order Setting Civil Trial Date and Pretrial Deadlines dated December 17, 2018 (ECF No. 12) ("Order"), provides the following Trial Witness List. Defendant reserves the right to amend and/or supplement the following list as this case progresses and discovery is exchanged.[1]

## TRIAL WITNESS LIST

A.   Witnesses Defendant Expects To Present at Trial

    1.    Aaron Timberlake
          Plaintiff
          c/o Anthony Falzon
          ANTHONY V. FALZON P.A.

    2.    Monica Barrios
          Former Physicals Review Coordinator/PEME Coordinator
          1120 SW 133 Court
          Miami, FL 33186

---

[1] Witnesses whose names are followed by an asterisk (*) are likely to be called by deposition only.

3. Jennie Baxter*
   Cruise Director (Freedom)
   Carnival Corporation
   c/o AKERMAN LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

4. Julio Cesar Estopinan
   Staff & Investigator with Security Services
   Carnival Corporation
   c/o AKERMAN LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

5. Gabriela Geletu*
   Crew Medical Coordinator
   Address Unknown at this time

6. Dr. Reynold John, Ph.D., M.D*
   Plaintiff's Former Family Doctor
   936 Jordan Drive
   Troy, Oakland County, MI 48098

7. Nure Khoury
   Director of Medical Operations
   Carnival Corporation
   c/o AKERMAN LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

8. Skip Lyons*
   Entertainment Director
   Carnival Corporation
   c/o AKERMAN LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

9. Melroy Misquitta
   Chief Security Officer
   c/o AKERMAN LLP
   777 South Flagler Drive, Suite 1100
   West Palm Beach, FL 33401

10. Scott Nelson
    Vice President Shipboard Human Resources
    Carnival Corporation
    c/o AKERMAN LLP
    777 South Flagler Drive, Suite 1100
    West Palm Beach, FL 33401

11. Dr. Juandalyn Peters, M.D.
    Plaintiff's Former Treating Physician
    4801 South University Drive, Suite 204
    Davie, FL 33328

12. Dr. Barry Poplaw, M.D.
    Defendant's Expert Witness
    4300 Alton Road
    Miami, FL 33140

13. Elliott B. Rosenbaum, Psy.D. ABPP[2]*
    Plaintiff's Expert Witness
    1804 San Marco Place
    Jacksonville, FL 32207

14. Sandra Santiago
    Former Crew Medical Coordinator
    630 Falcon Ave.
    Miami Springs, FL 33166

15. Kathleen Timberlake
    Plaintiff's Mother
    2000 South Ocean Boulevard, 5-K
    Lauderdale By the Sea, FL 33062

B. **Witnesses Defendant May Present if the Need Arises at Trial**

1. Dr. Mohammed Allahrakha, M.D.
   Physician who conducted the Initial Medical Examination for Plaintiff's employment with Park West
   7351 W. Oakland Park Blvd., #103
   Lauderhill, FL 33319

---

[2] Only to the extent that Defendant's Daubert Motion is denied and Dr. Rosenbaum is permitted to testify.

2.     Dr. Louise Berry
       Former Ship Doctor
       12 Vista Villas
       Worthing, Barbados BB1316A

3.     Dr. Catalina Caravajal
       Former Ship Doctor
       Carrera 38 26 343, Apt. 809
       Medellin, Colombia

4.     Buppachat Dankrothake
       Former Ship Nurse
       57 Moo 3, Nhongtakai Sub
       Districtnhongbooonmak
       Nakhon, Thailand 30410

5.     Dr. Patrick Fullerton*
       Former Chief Medical Officer and Fleet Medical Director
       5542 Brookline Drive
       Orlando, FL 32819

6.     Therephat Kaewchanlar
       Fomer Ship Nurse
       142 M 7 T Sobbong Phusang
       Prayao Province, Phayao, Thailand 56110

7.     Audrey Minardi
       Ship Nurse
       c/o AKERMAN LLP
       777 South Flagler Drive, Suite 1100
       West Palm Beach, FL 33401

8.     Kyle Post
       Special Project Coordinator / Entertainment Office
       c/o AKERMAN LLP
       777 South Flagler Drive, Suite 1100
       West Palm Beach, FL 33401

9.     Jennifer Rubolino, Ed. D.
       Assisting Physician
       Henderson Behavioral Health
       4720 North State Road 7, Building B
       Fort Lauderdale, FL 33319

10. Ismail Saiqa, M.D.
    Physician who treated Plaintiff after the incident referenced in the Complaint
    Henderson Behavioarl Health
    4720 North State Road 7, Building B
    Fort Lauderdale, FL 33319

11. Dr. Adriana Yates
    Former Ship Doctor
    c/o AKERMAN LLP
    777 South Flagler Drive, Suite 1100
    West Palm Beach, FL 33401

12. Csilla Zatonyi
    Former Fleet HR Director
    Vitkovics M.U. 8.1052
    Budapest, Hungary 1052

13. Records Custodian, Audio Visual Services Group, LLC d/b/a PSAV
    3633 SW 30th Avenue
    Fort Lauderdale, FL 33312

14. Records Custodian, Brookfield Hospitality Properties, LLC
    1000 S. Pine Island Road, Suite 800
    Plantation, FL 33324

15. Records Custodian, Celebrity Cruises, Inc
    1050 Caribbean Way
    Miami, FL 33132

16. Records Custodian, Harwich Enterprises, LLC d/b/a Park West Gallery
    16000 N.W. 59th Avenue
    Miami Lakes, FL 33014

17. Records Custodian, Henderson Behavioral Health
    4720 North State Road 7, Building B
    Fort Lauderdale, FL 33319

18. Records Custodian, John Reynold, M.D.
    936 Jordan Drive
    Troy, Oakland County, MI 48098

19. Records Custodian, Juandalyn Peters, M.D., PA
    4801 South University Drive, Suite 204
    Davie, FL 33328

20. Records Custodian, Unify Productions, Inc.
    4527 N.W. 51st Street
    Coconut Creek, FL 33073

21. Records Custodian, University of Texas Medical Branch at Galveston d/b/a UTMB Health
    301 University Blvd.
    Galveston, TX 77555-0782

22. Any witness required to authenticate documents produced by either party, or pursuant to a non-party subpoena, in this matter.

23. Any and all witnesses listed on Plaintiff's Witness List.

24. Any and all rebuttal witnesses.

25. To the extent not stated above, any persons listed in answers to the Parties' Responses to Interrogatories.

26. To the extent not stated above, any persons listed in Plaintiff's Initial Disclosures.

27. Any persons listed in or on any and all documents produced by any party.

28. Any witnesses discovered subsequent to the service of this list but prior to trial.

Dated: July 24, 2019              Respectfully submitted,

By: */s/ Melissa S. Zinkil*
James S. Bramnick (Florida Bar No. 190994)
Melissa S. Zinkil (Florida Bar No. 0653713)
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street
Miami, FL 33136
Phone: (305) 374-5600/Fax: (305) 374-5095
Email: james.bramnick@akerman.com
Email: melissa.zinkil@akerman.com
Email: vivian.lopez@akerman.com
Email: michelle.reynolds@akerman.com
*Attorneys for Defendant*