# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY _____ AP _____ D.C.

**Oct 5, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 05, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-12756-DD
Case Style: Aaron Timberlake v. CCL
District Court Docket No: 1:18-cv-24250-MGC

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/lt
Phone #: 404-335-6181

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-12756-DD
_____

AARON TIMBERLAKE,

                                  Plaintiff - Appellant,

versus

CARNIVAL CORPORATION,

                                  Defendant - Appellee.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellant Aaron Timberlake and Appellee CCL's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective October 05, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Bradly Wallace Holland, DD, Deputy Clerk

                                                FOR THE COURT - BY DIRECTION